IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN THE MATTER OF:** | **CASE NUMBER: 13-13069** |
| **PALMISANO, ANTHONY F** | |
| **PALMISANO, EVA J** | |
| | **Section "B"** |
| **DEBTOR(S)** | **CHAPTER 7** |

## MOTION FOR AUTHORITY TO SELL AND OR ABANDON PROPERTY TO DEBTOR

**NOW INTO COURT** comes Ronald J. Hof, Chapter 7 Trustee, who respectfully moves the Court for an order of abandonment on the terms recited below for the following reasons, to-wit.

1.

Ronald J. Hof is the duly qualified and acting Chapter 7 Trustee in this case.

2.

The bankruptcy estate retains an interest in a 2006 Lexus RX 400H and a 1976 Chevrolet Corvette, which is currently in the debtors' possession, the values of which the debtor listed at $13,000.00 and $9,000.00 respectively in their schedules. The debtors claimed an exemption of $7,500.00 on the Lexus. Upon investigation the trustee has determined that the values placed by the debtors were somewhat high considering the present condition of the vehicles. The debtors did advise the trustee at the 341 meeting that their vehicles possessed some damages and needed some extensive mechanical and cosmetic repairs. I requested more detail on the repairs needed and the debtors provided the following information:  Overall, the vehicles are far from mint condition.  The Lexus has a few minor dents, however the more serious problems include:  the "timing belt" needs to be replaced; the front-end needs a complete re-alignment; all 4 tires need to be replaced, as the treads are completely worn; and the Air Conditioning needs to be serviced, especially before the summer

heat begins again. These repairs will need to be conducted immediately as their 2006 Lexus is their primary mode of transportation, and these issues could become very dangerous. As for the Corvette, the debtor has possessed this vehicle as a hobby car with dreams of one day building it into something of value. However, the vehicle currently has very little value as, amongst other issues, it needs the following work: a new "rack and pinion"; a new exhaust system; and a complete brake overhaul. Additioanlly, the Corvette also has some significant front-end damage that brings down its value. The debtor advises that the Corvette is not being driven because the present condition creates a major risk.

3.

The debtors and the trustee have reached an agreement regarding the purchase of these assets, by which the debtor agrees to purchase both vehicles in consideration of a purchase price of $6,500.00 payable within ten (10) days of the date this motion is granted.

4.

Considering the present condition of the vehicles as set out above, Trustee believes that the purchase price agreed to in the aforementioned agreement reflects a return to the bankruptcy estate that is better than or equal to the price that could be realized from auction and the costs associated therewith.

5.

In consideration for the payment from debtors, Trustee does disclaim and abandon all such rights, title and interest of the bankruptcy estate in the 2006 Lexus RX 400H and the 1976 Chevrolet Corvette, subject to the timely receipt of payment.

6.

Should the debtors default in any of the above obligations, this agreement shall be null and void and Trustee will seek and order of the Court to have the property turned over for sale.

**WHEREFORE,** Ronald J. Hof, Trustee, prays that the Court enter its order for abandonment for consideration on the terms set forth.

Respectfully submitted,

  /s/ Ronald J. Hof
Ronald J. Hof
Chapter 7 Trustee
9905 Jefferson Hwy.
River Ridge, Louisiana  70123
Tel: 504-305-1591